John E. Gavit, Respondent, *v.* Elizabeth L. Edmonds, Appellant.

*Joseph H. Choate* for the respondent.

Judgment affirmed by default.